COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     In re Joyce Columbus

Appellate case number:    01-21-00272-CV

Trial court case number:  035118

Trial court:              12th District Court of Grimes County

Relator, Joyce Columbus, filed a petition for writ of mandamus seeking to vacate the Honorable Donald L. Kraemer's June 29, 2020 order denying relator's motion for summary judgment claiming the real party in interest, Bishop Kindle's claims were barred by limitations. On May 27, 2021, Kindle filed a motion to abate because the respondent, the Honorable Donald L. Kraemer, retired and the Honorable David Moorman has assumed the bench in the 12 District Court.

Texas Rule of Appellate Procedure 7.2(b) requires an appellate court to "abate the [original] proceeding to allow the successor to reconsider the original party's decision." TEX. R. APP. P. 7.2(b).

Accordingly, Kindle's motion to abate is **GRANTED**. This proceeding is **ABATED** and **REMANDED** to the trial court. Within 15 days of the date of this order, relator is directed to obtain a hearing date, *if necessary*, from the trial court coordinator and to notify all parties of such date. The hearing shall be set for a date no later than 30 days after the date of this order. The trial court coordinator shall advise the Clerk of this Court of the hearing date as soon as it is set.

Within 40 days of the date of this order, the district clerk shall file a supplemental clerk's record and reporter's record, if any, with the ruling by the successor, Honorable David Moorman.

Kindle has also filed a motion for extension of time to file his response. The motion is **GRANTED** and the deadline for Kindle to file a response to the petition for writ of mandamus is extended **until 20 days after a supplemental clerk's record requested by this order is filed**.

This case is abated, treated as a closed case, and removed from this Court's active docket. This original proceeding will be reinstated on this Court's active docket when the successor respondent has reconsidered the original respondent's decision and either party informs the Clerk of this Court of the ruling with a certified copy of the order. This Court will also consider a motion to reinstate by either party.

It is so ORDERED.

Judge's signature: ____/s/ Justice Peter Kelly_____

                            ☑ Acting individually    ☐ Acting for the Court


Date: ___December 14, 2021_____